# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA P. HOWARD**, an individual, ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Civil Action No.: 2:12-cv-01636-KOB |
| **CKS FINANCIAL, LLC,** ) ) | |
| **Defendant.** ) | |

### PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT AGAINST DEFENDANT

**COMES NOW**, the Plaintiff, and pursuant to Rule 68(a), Plaintiff files this Acceptance of Defendant's Offer of Judgment and Request for Entry of Judgment Against Defendant. Plaintiff shows unto this Honorable Court as follows:

1. Defendant served its Offer of Judgment on June 12, 2012. *See* **Exhibit A**.

2. Plaintiff accepted the Offer of Judgment within the 14 day time period set forth in Rule 68(a).

3. The Offer of Judgment provides for a judgment in the amount $8,500.00, which includes fees and costs.

4. This will bring the case to a close.

5. A proposed Order entering judgment is attached hereto as **Exhibit B**.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court enter judgment against the Defendant in the amount of $8,500.00.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts ASB-5819-T82J**
**Attorney for Plaintiff**

**OF COUNSEL:**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on the **14th day of June, 2012** a true and correct copy of the above and foregoing document has been served via electronic filing using the ECF System to the counsel of record:

Brian M. Cloud, Esq.
Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd. S.
Birmingham, Alabama 35205

             /s/ John G. Watts
             OF COUNSEL

# EXHIBIT

# "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSHUA P. HOWARD, an individual;** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) ) | **CV-12-BE-1636-S** |
| **CKS FINANCIAL, LLC,** | ) ) | |
| **Defendant.** | ) | |

### DEFENDANT'S OFFER
### OF JUDGMENT PURSUANT TO RULE 68

Comes Now the Defendant, CKS Financial, LLC, and hereby offers the following to Plaintiff pursuant to Alabama Rule of Civil Procedure 68:

1. A judgment can be taken against CKS Financial, LLC in the amount of $8,500.00.

2. This judgment includes damages, attorney fees, and costs.

RESPECTFULLY SUBMITTED this 12th day of June, 2012.

By:   /s/ Brian M. Cloud
      Brian M. Cloud          (CLO010)
      Attorney for Defendant

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd South
Birmingham, Alabama 35205
(205) 322-6060

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68** was served upon the following electronically via Alafile:

> John G. Watts
> Watts & Herring, LLC
> 301 19th Street North
> Birmingham, Alabama 35203
> Attorney for Plaintiff

Submitted this 12th day of June, 2012.


By:   /s/ Brian M. Cloud\_\_\_
      Brian M. Cloud
      Attorney for Defendant

Cloud & Tidwell, LLC
1625 Richard Arrington Jr. Blvd South
Birmingham, Alabama 35205
(205) 322-6060

5

# EXHIBIT

# "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA P. HOWARD, an individual,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Civil Action No.:** **2:12-cv-01636-KOB** |
| **CKS FINANCIAL, LLC,** ) ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT AGAINST CKS FINANCIAL, LLC

This action is before the Court on Plaintiff's Notice, filed pursuant to Federal Rule of Civil Procedure 68(a), of his Acceptance of the Offer of Judgment tendered by Defendant CKS Financial, LLC and Plaintiff's request of entry of judgment in the amount $8,500.00.

Accordingly, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff have and recover against Defendant the amount of $8,500.00, which includes attorneys' fees and costs.

Done this the ____ day of _____, 2012.

_____
United States District Judge

6