# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA P. HOWARD,** | ] |
| **Plaintiff,** | ] |
| v. | ] |
| | ] CV-12-BE-1636-S |
| **CKS FINANCIAL, LLC,** | ] |
| **Defendant.** | ] |

## FINAL JUDGMENT AGAINST CKS FINANCIAL, LLC

This case comes before the court on "Plaintiff's Acceptance of Offer of Judgment and Request for Entry of Judgment against Defendant" (doc. 9).  That document attached "Defendant's Offer of Judgment Pursuant to Rule 68" (doc. 9, at 5) in the amount of $8,500, including fees and costs, and the Plaintiff's motion requests an entry of judgment in his favor in that amount.

Accordingly, the court GRANTS the Plaintiff's motion and ENTERS JUDGMENT in favor of the Plaintiff, Joshua P. Howard, and against the Defendant, CKS Financial, LLC, in the amount of $8,500, which amount includes attorneys' fees and costs.  The Clerk of Court shall tax costs as paid.

DONE and ORDERED this 20th day of June, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE